A CERTIFIED TRUE COPY

SEP 2 0 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 4 2007

FILED
CLERK'S OFFICE

*UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

United States Courts
Southern District of Texas
FILED

SEP 2 8 2007

Michael N. Milby, Clerk

*MDL NO. 1842*

*IN RE Kugel Mesh Hernia Patch Products Liability Litigation*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-4)*

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d.___ (J.P.M.L. 2007). Since that time, 55 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 2 0 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Attest to
True Copy
DAVID A. DiMARZIO
By
Deputy Clerk

2 0

# SCHEDULE CTO-4 - TAG-ALONG ACTIONS
# DOCKET NO. 1842
# IN RE Kugel Mesh Hernia Patch Products Liability Litigation

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NO. |
|---|---|---|---|---|
| CONNECTICUT | | | | |
| ~~CT~~ | ~~3~~ | ~~07-1245~~ | ~~Melissa O. Rivers v. C.R. Bard, Inc., et al.~~ Opposed 9/17/07 | |
| KANSAS | | | | |
| KS | 6 | 07-1248 | Harry Barsamian v. Davol, Inc., et al. | CA 07-1911 |
| LOUISIANA WESTERN | | | | |
| LAW | 3 | 07-1289 | Judith D. Collins, et al. v. Davol, Inc., et al. | CA 07-1912 |
| MISSOURI WESTERN | | | | |
| MOW | 4 | 07-574 | Thomas Duy, et al. v. Davol, Inc., et al. | CA 07-1913 |
| MOW | 4 | 07-575 | Wallis Kane v. Davol, Inc., et al. | CA 07-1914 |
| MOW | 4 | 07-576 | Glen Van Hoose, et al. v. Davol, Inc., et al. | CA 07-1915 |
| MOW | 4 | 07-577 | Connie Rorvig v. Davol, Inc., et al. | CA 07-1916 |
| MOW | 4 | 07-604 | Nancy Skillman v. Davol, Inc., et al. | CA 07-1917 |
| MOW | 6 | 07-3261 | John Whitfield v. Davol, Inc., et al. | CA 07-1918 |
| MISSISSIPPI NORTHERN | | | | |
| MSN | 1 | 07-211 | Robert Scott v. Davol, Inc., et al. | CA 07-1919 |
| SOUTH CAROLINA | | | | |
| SC | 3 | 07-2774 | Mia Vanboenschoten v. Davol, Inc., et al. | CA 07-1920 |
| TEXAS EASTERN | | | | |
| TXE | 4 | 07-394 | Judith Ohlinger v. Davol, Inc., et al. | CA 07-1921 |
| TEXAS SOUTHERN | | | | |
| TXS | 4 | 07-2630 | Margurite L. Adams v. Davol, Inc., et al. | CA 07-1922 |
| TXS | 4 | 07-2631 | Susan E. Kasem v. Davol, Inc., et al. | CA 07-1923 |
| TXS | 4 | 07-2633 | Christopher B. Brown v. Davol, Inc., et al. | CA 07-1924 |
| TXS | 4 | 07-2634 | Roselin J. Castro v. Davol, Inc., et al. | CA 07-1925 |
| TXS | 4 | 07-2635 | Donna Gay Edens v. Davol, Inc., et al. | CA 07-1926 |
| TXS | 4 | 07-2637 | Barbara A. Johnson v. Davol, Inc., et al. | CA 07-1927 |
| TXS | 4 | 07-2638 | Dwight Donald Whetro v. Davol, Inc., et al. | CA 07-1928 |
| √TXS | 4 | 07-2766 | Donnie Nunley v. Davol, Inc., et al. | CA 07-1929 |
| √TXS | 4 | 07-2767 | Allen D. Townsend v. Davol, Inc., et al. | CA 07-1930 |
| TEXAS WESTERN | | | | |
| TXW | 1 | 07-650 | Richard Reyna v. Davol, Inc. | CA 07-1931 |

CLOSED, STAYED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:07-cv-02767
## Internal Use Only

Townsend v. Davol, Inc. et al
Assigned to: Judge Nancy F. Atlas
Lead case: 4:07-cv-02002
Member cases:

4:07-cv-02393
4:07-cv-02397
4:07-cv-02399
4:07-cv-02400
4:07-cv-02402
4:07-cv-02405
4:07-cv-02408
4:07-cv-02411
4:07-cv-02414
4:07-cv-02416
4:07-cv-02419
4:07-cv-02421
4:07-cv-02422
4:07-cv-02423
4:07-cv-02424
4:07-cv-02425
4:07-cv-02427
4:07-cv-02630
4:07-cv-02631
4:07-cv-02633
4:07-cv-02634
4:07-cv-02635
4:07-cv-02637
4:07-cv-02638
4:07-cv-02766
4:07-cv-02767
4:07-cv-02903
4:07-cv-02919
4:07-cv-03120
4:07-cv-03123
4:07-cv-03125
4:07-cv-03126
4:07-cv-03130
4:07-cv-03131
4:07-cv-03133

Case in other court: Kenneth M. Hoyt, 4:07-cv-02002
Cause: No cause code entered

Date Filed: 08/28/2007
Date Terminated: 09/13/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Allen D. Townsend** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: dalexander@williamskherkher.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **D Mitchell McFarland**
500 Dallas Street
Ste 2600
Houston, Tx 77002
713-843-7900
Fax: 713-843-7901
Email: mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 2982867) filed by Allen D. Townsend. (Attachments: # 1 Civil Cover Sheet Townsend, Allen D.) (Alexander, David) (Entered: 08/28/2007) |
| 08/28/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 10/26/2007 at 01:00 PM in Courtroom 9F before Judge Nancy F. Atlas.( Signed by Judge Nancy F. Atlas ) Parties notified.(smurdock, ) (Entered: 08/28/2007) |
| 08/29/2007 | | Summons Issued as to Davol, Inc., C. R. Bard, Inc., filed.(rsmith, ) (Entered: 08/29/2007) |
| 09/12/2007 | 3 | First CERTIFICATE OF INTERESTED PARTIES by Allen D. Townsend, filed. (Alexander, David) (Entered: 09/12/2007) |
| 09/12/2007 | 4 | Unopposed MOTION to Stay *Proceedings Pending Transfer To Federal MDL* by all defendants, filed. Motion Docket Date 10/2/2007. (Attachments: # 1 Exhibit 1# 2 Exhibit 1# 3 Proposed Order Unopposed Motion for Stay of Proceedings-Xfer to MDL) (McFarland, D) (Entered: 09/12/2007) |
| 09/13/2007 | 5 | ORDER STAYING CASE Granting 4 Unopposed MOTION to Stay *Proceedings Pending Transfer To Federal MDL*. Case terminated on 9/13/2007.( Signed by Judge Nancy F. Atlas ) Parties notified.(sashabranner, ) (Entered: 09/13/2007) |
| 09/17/2007 | 6 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 9/10/2007, answer due 10/1/2007, filed.(jegonzalez, ) (Entered: 09/17/2007) |
| | | |

| | | |
|---|---|---|
| 09/17/2007 | 7 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 9/10/2007, answer due 10/1/2007, filed.(rvazquez, ) (Entered: 09/17/2007) |

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By ________ Deputy Clerk